# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIK DOUGLAS WARD,
                Appellant,
vs.
SVETLANA RITZA VILLAFLOR,
                Respondent.

No. 83005

**FILED**

JUN 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order establishing child custody. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal is untimely filed under NRAP 4(a) because it was filed more than 30 days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). Appellant states he is appealing from the order entered December 11, 2019, notice of entry of which was served the same day. The notice of appeal was filed on May 26, 2021, well beyond the appeal period. An untimely notice of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-17574

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Erik Douglas Ward
Svetlana Ritza Villaflor
Eighth District Court Clerk